IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

TIMOTHY WADE JACKSON                                                                            PLAINTIFF

v.                                    Civil No. 4:22-cv-4023

WARDEN JEFFIE WALKER, Miller County
Detention Center; CAPTAIN G. ADAMS;
LIEUTENANT ALICE MILLER; JASON
MITCHELL; CONNOR HAROLD; and
CONNIE MITCHELL                                                                                 DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed April 11, 2022, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 11. Judge Bryant recommends that Plaintiff's claims against Defendants Connie Mitchell, Jason Mitchell, and Connor Harold be dismissed with prejudice.

No party has filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation (ECF No. 11) *in toto*. All claims against Defendants Connie Mitchell, Jason Mitchell, and Connor Harold are **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**, this 3rd day of May, 2022.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge